PEOPLE *v.* JENNINGS

CRIMINAL LAW—PROCEDURE—DEFECT IN COMPLAINT AND WARRANT—
PLEA OF GUILTY.

   A defendant who pleads guilty to the offense with which he is
   charged waives any defect in the complaint and warrant
   charging him with that offense.

Appeal from Genesee, Freeman (Donald R.), J.
Submitted Division 2 December 4, 1968, at Lansing.
(Docket No. 5,368.)   Decided December 19, 1968.

Ronald L. Jennings was convicted on plea of
guilty of breaking and entering.   Defendant ap-
peals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *Robert F. Leonard,*
Prosecuting Attorney, and *Dennis C. Karas,* Assist-
ant Prosecuting Attorney, for the people.

*Shaker Brackett,* for defendant on appeal.

PER CURIAM.   Defendant appeals from his guilty
plea conviction and sentence for the offense of
breaking and entering, MCLA § 750.110 (Stat Ann
1968 Cum Supp § 28.305), on the basis his plea was
not properly accepted and that the complaint and
warrant were defective.

REFERENCE FOR POINTS IN HEADNOTE
21 Am Jur 2d, Criminal Law § 495.

As to the last asserted error, any defect in the complaint and warrant was waived by the plea. *People* v. *Jury* (1930), 252 Mich 488.

A review of the arraignment and sentence discloses no error in the acceptance of the plea.

Affirmed.

T. G. KAVANAGH, P. J., and QUINN and MILLER, JJ., concurred.